# EXHIBIT B

# INVOICE

**B WESLEY OILFIELD CONSULTING INC.**

Bwesley@concho.com

**BILL TO:**
Concho Resources
550 W Texas Ave Suite #100
Midland TX, 79701

Invoice #: 2015-000013
Invoice Date: 06/29/2015

ATTN: Lee Martin

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Wellsite Supervision 12hr Day Rate; | | | |
| Well Site: OSPREY 20 STATE COM Com #6 Lea County, N.M. ,6-16/6-17,6-18,6-20,6-21,6-22,6-23,6-24,6-25,6-26,6-27,6-28,6-29 | 14 | 1400.00 | $ 19600.00 |
| Mileage | 2200 | 1.25 | $ 2750.00 |
| Per Diem/Day | 10 | 30.00 | $ 300.00 |
| Phone Charges/Day | 14 | 30.00 | $ 420.00 |
| New Mexico Tax | | | $ 1182.34 |
| Total | | | $ 24252.34 |
| Well Site: Osprey 20 State Com #1H Lea ,County N.M. 1/0/1900 | 0 | 1400.00 | $ 0.00 |
| Mileage | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| Total | | | $ 0.00 |
| Well Site: | 0 | 1400.00 | $ 0.00 |
| Mileage | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| Total | | | $ 0.00 |
| Well Site: | 0 | 1400.00 | $ 0.00 |
| Mileage | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| Total | | | $ 0.00 |
| | | SUBTOTAL | $ 23,070.00 |
| | | TAX RATE | $ 5.125% |
| | | NM Tax | $ 1,182.34 |
| | | OTHER | $ 0.00 |
| | | TOTAL | $ 24,252.34 |

*Make all checks payable to Steve Villanueva Consulting, Inc.

COG 000123

# INVOICE

**B WESLEY OILFIELD CONSULTING INC,**

Bwesley@concho.com

**BILL TO:**
Concho Resources
550 W Texas Ave Suite #100
Midland TX, 79701

Invoice #: 2015-000014
Invoice Date: 07/21/2015

ATTN: Lee Martin

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Wellsite Supervision 12hr Day Rate; | | | |
| *Well Site: Tarpan Fee 4H Eddie County, N.M.* | | | |
| 7/14 , 7/15, 7/16 | 3 | 1400.00 | $ 4200.00 |
| *Mileage* | 1080 | 1.25 | $ 1350.00 |
| Per Diem/Day | 3 | 30.00 | $ 90.00 |
| Phone Charges/Day | 3 | 30.00 | $ 90.00 |
| New Mexico Tax | | | $ 293.66 |
| | | | $ |
| Total | | | $ 6023.66 |
| *Well Site: Tycoon E. 1002H Reeves County, Tx* | | | |
| Days: 7/17, 7/18 ,7/19 ,7/20 | 4 | 1400.00 | $ 5600.00 |
| *Mileage* | 472 | 1.25 | $ 590.00 |
| Per Diem/Day | 2 | 30.00 | $ 60.00 |
| Phone Charges/Day | 4 | 30.00 | $ 120.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 6370.00 |
| *Well Site:* | | | |
| | 0 | 1400.00 | $ 0.00 |
| *Mileage* | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 0.00 |
| *Well Site:* | | | |
| | 0 | 1400.00 | $ 0.00 |
| *Mileage* | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 0.00 |
| | | SUBTOTAL | $ 12,100.00 |
| | | TAX RATE | $ 5.125% |
| | | NM Tax | $ 293.67 |
| | | OTHER | $ 0.00 |
| | | TOTAL | $ 12,393.67 |

*Make all checks payable to Steve Villanueva Consulting, Inc.

B WESLEY OILFIELD CONSULTING INC,                                   # INVOICE

Bwesley@concho.com

BILL TO:
Concho Resources                              Invoice #: 2015-000015
550 W Texas Ave Suite #100                    Invoice Date: 07/29/2015
Midland TX, 79701

ATTN: Lee Martin

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Wellsite Supervision 12hr Day Rate; | | | |
| Well Site: Tycoon E #1002H Reeves County,tx | | | |
| 7/28,7/29 | 2 | 1400.00 | $ 2800.00 |
| Mileage | 472 | 1.25 | $ 590.00 |
| Per Diem/Day | 2 | 30.00 | $ 60.00 |
| Phone Charges/Day | 2 | 30.00 | $ 60.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 3510.00 |
| Well Site: | | | |
| | 0 | 1400.00 | $ 0.00 |
| Mileage | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 0.00 |
| Well Site: | | | |
| | 0 | 1400.00 | $ 0.00 |
| Mileage | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 0.00 |
| Well Site: | | | |
| | 0 | 1400.00 | $ 0.00 |
| Mileage | 0 | 1.25 | $ 0.00 |
| Per Diem/Day | 0 | 30.00 | $ 0.00 |
| Phone Charges/Day | 0 | 30.00 | $ 0.00 |
| New Mexico Tax | | | $ 0.00 |
| | | | $ |
| Total | | | $ 0.00 |
| | | SUBTOTAL | $ 3,510.00 |
| | | TAX RATE | $ 5.125% |
| | | NM Tax | $ 0.00 |
| | | OTHER | $ 0.00 |
| | | TOTAL | $ 3,510.00 |

*Make all checks payable to Steve Villanueva Consulting, Inc.

COG 000135